UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REALPAGE INC., | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1350-B |
| | § | |
| NATIONAL UNION FIRE INSURANCE | § | |
| COMPANY OF PITTSBURGH, PA and | § | |
| BEAZLEY INSURANCE COMPANY, | § | |
| INC., | § | |
| | § | |
|    Defendants. | § | |

## FINAL JUDGMENT

On February 24, 2021, the Court entered summary judgment in favor of Defendant National

Union Fire Insurance Company of Pittsburgh, Pennsylvania and Defendant Beazley Insurance

Company, Inc. on Plaintiff RealPage Inc.'s claims against them. Doc. 131, Mem. Op. & Order, 1–2.

As a result, there are no claims remaining in this case.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff RealPage Inc. take

nothing by its suit. This Order is a **FINAL JUDGMENT** in this action. The Clerk of Court is

directed to **CLOSE** this case.

   SO ORDERED.

   SIGNED: February 25, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE