# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **REALPAGE, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-01350-B |
| | § | |
| **NATIONAL UNION FIRE** | § | |
| **INSURANCE COMPANY OF** | § | |
| **PITTSBURGH, PA. AND BEAZLEY** | § | |
| **INSURANCE COMPANY, INC.,** | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff RealPage, Inc. ("RealPage") in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's February 25, 2021 Judgment [Dkt. 132] and the February 23, 2021 Memorandum Opinion and Order [Dkt. 131] (the "Order") granting Defendant National Union Fire Insurance Company of Pittsburgh, Pa.'s Motion for Summary Judgment [Dkt. 80], granting Defendant Beazley Insurance Company, Inc.'s Motion for Summary Judgment [Dkt. 72], and denying RealPage's Motion for Partial-Summary Judgment [Dkt. 75] in this action, Civil Action No. 3:19-cv-01350-B.

This notice extends to all issues related to or subsumed in the aforementioned Judgment and Order, whether ruled upon explicitly or implicitly, and concerns any related orders, judgments, decisions, notices, or actions in the case that were adverse, either in whole or in part, to RealPage.

Dated: March 26, 2021

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | /s/ Cortney C. Thomas |
| Barry J. Fleishman (*admitted pro hac vice*) | Cortney C. Thomas (Texas Bar No. 24075153) |
| Tamara D. Bruno (*admitted pro hac vice*) | BROWN FOX PLLC |
| Elizabeth J. Dye (Texas Bar No. 24097639) | 8111 Preston Road, Suite 300 |
| PILLSBURY WINTHROP | Dallas, Texas 75225 |
| SHAW PITTMAN LLP | Telephone: (214) 327-5000 |
| 1200 Seventeenth Street NW | Facsimile:  (214) 327-5001 |
| Washington, D.C. 20036-3006 | cort@brownfoxlaw.com |
| Telephone: (202) 663-9249 | |
| barry.fleishman@pillsburylaw.com | |
| tamara.bruno@pillsburylaw.com | |
| elizabeth.dye@pillsburylaw.com | |
| | *Attorneys for Plaintiff RealPage, Inc.* |

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and the Local Rules, I hereby certify that all counsel of record who have appeared in this case were served on March 26, 2021 with a copy of the foregoing via the Court's CM/ECF electronic filing system.

                                                                  /s/  Tamara D. Bruno
                                                                       Tamara D. Bruno