# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 22, 2021
Lyle W. Cayce
Clerk

No. 21-10299

Realpage, Incorporated,

      *Plaintiff—Appellant*,

versus

National Union Fire Insurance Company of Pittsburgh, Pennsylvania; Beazley Insurance Company, Incorporated,

      *Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-1350

Before Owen, *Chief Judge*, and Jones and Wilson, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.



Certified as a true copy and issued
as the mandate on Jan 13, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Case: 21-10299      Document: 00516165316      Page: 2      Date Filed: 01/13/2022
Case 3:19-cv-01350-B    Document 137    Filed 01/13/22    Page 2 of 3    PageID 3968

No. 21-10299

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 21-10299   Realpage v. National Union
                          USDC No. 3:19-CV-1350

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Lisa E. Ferrara, Deputy Clerk
                                      504-310-7675

cc:
    Mr. Darin Lee Brooks
    Ms. Tamara D. Bruno
    Mr. Barry J. Fleishman
    Mr. Michael Keeley
    Ms. Kristen W. Kelly
    Mr. Trenton Kyle Patterson
    Mr. John R. Riddle
    Mr. Brian Edward Waters